IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICRON TECHNOLOGY, INC. and MICRON SEMICONDUCTOR PRODUCTS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> NETLIST, INC., <br><br> Defendant. | C.A. No. 25-942-JLH <br><br> **JURY TRIAL DEMANDED** |

# DECLARATION OF MICHAEL R. RUECKHEIM IN SUPPORT OF MICRON'S ANSWERING BRIEF IN OPPOSITION TO NETLIST'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO TRANSFER

I, Michael R. Rueckheim, declare as follows:

1. I am an attorney at the law firm of Winston & Strawn LLP, counsel of record for Defendants Micron Technology, Inc. and Micron Semiconductor Products, Inc. (collectively, "Micron") in the above captioned matter. I am a member in good standing of the State Bars of California, New York, and Texas. I provide this declaration in support of Micron's Answering Brief in Opposition to Netlist's Motion to Dismiss or, in the Alternative, to Transfer.

2. Attached as **Exhibit A** is a true and correct copy of *Netlist Inc v. Micron Tech., Inc. et al.*, Case No. 2:25-cv-0749 (E.D. Tex.), Dkt. 17, Defendants' Motion to Dismiss Complaint, dated August 21, 2025.

3. Attached as **Exhibit B** is a true and correct copy of *Netlist Inc v. Micron Tech., Inc. et al.*, Case No. 2:25-cv-0749 (E.D. Tex.), Dkt. 17-1 with exhibits, Declaration of John Becker In in Support of Defendants' Motion to Dismiss Complaint, dated August 21, 2025.

4. Attached as **Exhibit C** is a true and correct copy of *Netlist Inc v. SK hynix Inc. and SK hynix America Inc.,* Case No. 6:20-cv-00194 (W.D. Tex.), Dkt. 27, Plaintiff Netlist, Inc.'s Opposition to Defendants' Motion to Transfer Venue, dated May 18, 2020.

5. Attached as **Exhibit D** is a true and correct copy of the proofs of service filed in *Netlist Inc v. Micron Technology, Inc. et al.*, Case No. 2:25-cv-00749-JRG (E.D. Tex.), Dkts. 3-5.

6. Micron's Answer Brief to Netlist's Motion to Dismiss, or in the Alternative, to Transfer identifies how "this Court's active management of Netlist cases contrasts sharply with the fact that all of Netlist's prior cases in the Eastern District of Texas are inactive as either stayed or in a post-trial stage." I have personal knowledge regarding Netlist's cases against Micron filed in the Eastern District of Texas, Case Nos. 2:22-cv-203 and 2:22-cv-294. The -203 case was stayed on February 10, 2024 because "Four of the[] six [asserted] patents have been invalidated by the PTAB … and [t]he remaining two patents (U.S. Patent Nos. 8,787,060 and 9,318,160) have been

instituted for review by the PTAB but no decision has been issued to date." Dkt. 493. The -203 case remains stayed to the present date. Moreover, the PTAB subsequently found the claims in U.S. Patent Nos. 8,787,060 and 9,318,160 invalid in IPR2022-01428, IPR2023-00882, IPR2022-01427, and IPR2023-00883 and Netlist has appealed. The -294 case originally involved Netlist's U.S. Patent Nos. 7,619,912, 9,585,215 and 11,093,417, however, Netlist later withdrew its allegations for U.S. Patent No. 9,585,215. The PTAB found the claims in these three patents invalid in IPR2023-00454, IPR2023-01141, IPR2022-00615, IPR2023-00203, IPR2023-00455, and IPR2023-01142 and Netlist has appealed. The -294 case is in a post-trial stage and Micron filed a notice of appeal on July 9, 2025.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 2, 2025.

/s/ *Michael R. Rueckheim*
Michael R. Rueckheim

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 2, 2025, a copy of the foregoing document was served on the counsel listed below in the manner indicated:

**BY EMAIL**

Karen E. Keller
Virginia K. Lynch
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
kkeller@shawkeller.com
glynch@shawkeller.com

*Attorneys for Netlist, Inc.*

Dated: September 2, 2025

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Anne Shea Gaza*
Anne Shea Gaza (No. 4093)
Daniel G. Mackrides (No. 7230)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
(302) 571-6600
agaza@ycst.com
dmackrides@ycst.com

*Attorneys for Plaintiffs Micron Technology, Inc., and Micron Semiconductor Products, Inc.*