IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICRON TECHNOLOGY, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> NETLIST, INC., <br><br> Defendant. | C.A. No. 25-942-JLH |
| NETLIST, INC., <br><br> Plaintiff, <br><br> v. <br><br> MICRON TECHNOLOGY, INC., *et al.*, <br><br> Defendants. | C.A. No. 26-362-JLH |

## STIPULATION AND ~~[PROPOSED]~~ ORDER OF CONSOLIDATION

IT IS HEREBY STIPULATED AND AGREED by and among the parties, through their undersigned counsel and subject to the approval of the Court, that:

1.      Pursuant to the Court's May 6, 2026 Order and Federal Rule of Civil Procedure 42(a), C.A. No. 25-942 ("942 action") and C.A. 26-362 ("362 action") are consolidated for all purposes with the 362 action designated as the lead case; and

2.      All future filings regarding the 942 action and the 362 action shall be made only in the 362 action and shall include the following caption:

NETLIST, INC.

    Plaintiff,

      v.

MICRON TECHNOLOGY, INC., et al.,

    Defendants.

C.A. No. 26-362-JLH
(CONSOLIDATED)


YOUNG CONAWAY STARGATT
  & TAYLOR, LLP

/s/ Anne Shea Gaza
Anne Shea Gaza (No. 4093)
Daniel G. Mackrides (No. 7230)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com
dmackrides@ycst.com

Attorneys for Micron Technology, Inc.,
and Micron Semiconductor Products, Inc.

SHAW KELLER LLP

/s/ Emily S. DiBenedetto
Karen E. Keller (No. 4489)
Emily S. DiBenedetto (No. 6779)
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
kkeller@shawkeller.com
edibenedetto@shawkeller.com

Attorneys for Netlist, Inc.


Dated: May 20, 2026


SO ORDERED this ___22nd___ day of ____May____ 2026.

_____
The Honorable Jennifer L. Hall
United States District Court Judge

2